IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :     CASE NO.: 7:24-CR-1 (WLS-ALS) |
| | : |
| JUSTIN THOMPSON, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is the Government's Motion to Dismiss (Doc. 121). Therein, the Government moves to dismiss Counts One, Two, and Five of the Indictment (Doc. 1) against Defendant Justin Thompson, pursuant to Federal Rule of Criminal Procedure 48(a). The Government explains that the dismissal is also pursuant to Defendant's plea in case number 7:23-CR-65.

Upon review, the Government's Motion to Dismiss (Doc. 121) is **GRANTED**. Counts One, Two, and Five of the pending Indictment against Defendant Justin Thompson are hereby **DISMISSED with prejudice**.

**SO ORDERED**, this 25th day of June 2025.

                                                   **/s/ W. Louis Sands**
                                                   **W. LOUIS SANDS, SR. JUDGE**
                                                   **UNITED STATES DISTRICT COURT**